IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIUS A. HINES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:22-cv-169-TFM-N |
| WEXFORD HEALTH SOURCES INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 30th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE